UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-CV-80900-BER

JOHN DOE,

Plaintiff,

vs.

ANTONIO GADSDEN, *et al.*,

Defendants.

_______________________________________/

**REPORT AND RECOMMENDATION OF DISMISSAL AND ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE**

*Pro Se* Plaintiff, John Doe, filed his Complaint along with a motion for leave to proceed *in forma pauperis*. ECF Nos. 1, 3. The Court denied the motion without prejudice, finding that Plaintiff did not provide sufficient information for the Court to determine whether he qualifies to proceed *in forma pauperis*. ECF No. 5. The Order directed Plaintiff to pay the filing fee of $405.00 or complete and file the long-form financial affidavit attached to the Order by August 19, 2026. *Id.* That deadline has expired, and Plaintiff has failed to comply. Accordingly, the Complaint should be dismissed. *El v. Tony*, No. 19-61638-CIV, 2019 WL 13215373, at *2 (S.D. Fla. Oct. 23, 2019) (dismissing complaint without prejudice for failure to pay filing fee or file proper IFP motion); *Fulmore v. Inch*, No. 21-CV-22572-RAR, 2021 WL 3270058, at *1 (S.D. Fla. July 30, 2021) (same).

## REPORT AND RECOMMENDATION

Accordingly, this Court **RECOMMENDS** that the District Court dismiss Plaintiff's Complaint without prejudice.

## DISTRICT JUDGE ASSIGNMENT

Pursuant to Administrative Order 2025-11, I submit my findings in a Report and Recommendation because all parties have not yet been given an opportunity to be noticed of the opt-out procedures on Magistrate Judge Jurisdiction. **Accordingly, the Clerk of Court is DIRECTED to assign a District Judge.**

## NOTICE OF RIGHT TO OBJECT

A party shall serve and file written objections, if any, to this Report and Recommendation with the assigned District, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**DONE and SUBMITTED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 31st day of August 2026.

BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE