UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-CV-80900-WPD

JOHN DOE,

Plaintiff,

v.

ANTONIO GADSDEN, *et al.,*

Defendants.

_____________________________________/

**ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; DISMISSING COMPLAINT WITHOUT PREJUDICE**

THIS CAUSE is before the Court upon the Report and Recommendation of Magistrate Judge Reinhart (the "Report") [DE 6], issued on September 1, 2026. The Court notes that no objections to the Report [DE 6] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 6] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 6] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions. The Complaint shall be dismissed without prejudice to failure to pay the filing fee of $405.00 or complete and file the long-form financial affidavit by the Court-ordered deadline of August 19, 2026. *See id.*

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 6] is hereby **ADOPTED** and **APPROVED**;
2. The Complaint is **DISMISSED WITHOUT PREJUDICE**;
3. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.
4. The Clerk shall mail a copy of this order to Plaintiff.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of September, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Magistrate Judge Reinhart
John Doe, *pro se*